UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MAJOR TAYLOR,

        Plaintiff

Case No.: 2:21-cv-01477-JAD-NJK

**Order Adopting Report & Recommendation and Dismissing Action**

[ECF No. 4]

On August 11, 2021, the magistrate judge screened the plaintiff's complaint, dismissed it, and ordered the plaintiff to file an amended complaint by September 10, 2021. The magistrate judge also instructed the plaintiff to file a motion to proceed *in forma pauperis* or pay the filing fee by September 10, 2021. The plaintiff was warned that his failure to file an amended complaint and either pay the filing fee or file an application to proceed *in forma pauperis* by that deadline would result in a recommendation that this case be dismissed.[1] When the plaintiff filed nothing by that deadline, the magistrate judge entered a report and recommendation (R&R) that this case be dismissed.[2] The deadline for the plaintiff to object to that recommendation was September 30, 2021, and the plaintiff neither filed objections nor moved to extend the deadline to do so. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[3] Having reviewed the R&R, I find good cause to adopt it, and I do.

---

[1] ECF No. 3.

[2] ECF No. 4.

[3] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation **[ECF No. 4] is ADOPTED** in its entirety. This action is DISMISSED. The Clerk of Court is directed to ENTER JUDGMENT accordingly and CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: October 12, 2021